LOUIS MAZZILLI, PLAINTIFF-PETITIONER, v. ADAM SEL-
GER, ET AL., DEFENDANTS-RESPONDENTS.

See same case below : 23 *N. J. Super.* 496.

*Mr. Robert C. Gruhin* and *Mr. Morris Edelstein* for the
petitioner.

*Mr. George J. Kaplan, Messrs. Carpenter, Gilmour &
Dwyer, Mr. Elmer J. Bennett* and *Mr. James P. Beggans*
for the respondents.

March 23, 1953. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. W.
CURTIS GROTHMANN, DEFENDANT-PETITIONER.

See same case below : 24 *N. J. Super.* 190.

*Mr. Louis Winer* for the petitioner.

*Mr. John D. Collins* for the respondent.

March 23, 1953. Granted.